United States District Court
Southern District of Texas
**ENTERED**
August 11, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| CEDRIC GREENE and | § | CIVIL ACTION NUMBER |
| VALERIE STEPHEN, | § | 4:26-cv-02445 |
| Plaintiffs, | § | |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| MV TRANSPORTATION, | § | |
| Defendant. | § | |

**ORDER ADOPTING**
**MEMORANDUM AND RECOMMENDATION**

Plaintiffs Cedric Greene and Valerie Stephen proceed here *pro se*. They filed this action against Defendant MV Transportation but did not raise any substantive claims. See Dkt 1 at 1–3. The case was referred for disposition to Magistrate Judge Richard W. Bennett. Dkt 5.

Prior order dismissed this action without prejudice for lack of subject-matter jurisdiction, while also adopting the recommendation of Judge Bennett to this effect. Dkt 11; see also Dkt 9 (Memorandum and Recommendation).

Pending is a motion by Plaintiffs for leave to appeal *in forma pauperis*. Dkt 17. Judge Bennett recommends the motion be denied because Plaintiffs have failed to identify any non-frivolous basis on which to challenge dismissal of this action. Dkt 18.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no

clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

No party filed objections. No clear error appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 18.

The motion by Plaintiffs Cedric Greene and Valerie Stephen to proceed *in forma pauperis* on appeal is DENIED. Dkt 17.

SO ORDERED

Signed on August 7, 2026, at Houston Texas.

Honorable Charles Eskridge
United States District Judge